## HARRIS *v.* CITY COUNCIL OF AUGUSTA.

Under the charter and ordinances of the city of Augusta in force on the 30th day of June, 1896, the recorder of that city had authority to punish violations of such ordinances by fines, and to enforce the collection thereof by imprisonment.

Argued January 23,—Decided March 4, 1897.

Habeas corpus. Before Judge Callaway. Richmond county. July 15, 1896.

*Charles A. Picquet* and *Salem Dutcher*, for plaintiff.
*M. P. Carroll*, for defendant.

Cobb, Justice.

Under the act of 1856 (Acts 1855-56, p. 248, sec. 16), the recorder of the city of Augusta has power "to commit or to impose such penalty as the ordinances of the city may pre-scribe, and to enforce his judgment by attachment of the person." Under this authority the recorder could impose a fine which was expressly authorized by the ordinances of the city, and enforce its payment by imprisonment, although there was no ordinance declaring that he had authority to impose a penalty of imprisonment. The charter power con-ferred upon him to "commit . . and enforce his judg-ment by attachment of the person" confers upon him the power to imprison, without any enabling ordinance.

*Judgment affirmed. All the Justices concurring.*